# In The
# Court OF Appeals
## For The
## First District OF Texas
## At Houston

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB 27 2015

CHRISTOPHER A. PRINE
CLERK

Appeal Cause Number 01-15-00065-CU

IN The 80th District Court of Harris County, Texas

Trial Court Case Number: 2011-57020

Meria James Bradley    Plaintiff

V.

Robert F. Authur        Defentant

## Motion Request For Court to Appointed Counsel
## Under The State Bar of Texas Pro Bono Program
## First Court of Appeals

To The Honorable Judge of Said Court:
Come Now the Plaintiff Meria James Bradley 1837524 and requests that the Court to Appoint Counsel to assist Him in resolving Pending Changes in the above suit-Styled cause Purivant to Texas Rule of Appellate Procedure Rule 20.1 states as follows: An indigent Plaintiff is entitled to the Court To Appointed Counsel under the six amendant of

Meria James Bradley # 1837524

<u>Christopher A. Prine Clerk</u>
First Court of Appeals

Dear Clerk, on month of Jan. 2015. I did file with the all the above Motions and Ask the District Clerk of the 80th District Court Chris Daniel to File All motion to Uour Court, The First Court of Appeals.

Noted! Here the Name of All the Motions and Request I Ask Christ Daniel To File to your Court:

The following Motions and Request:

1. Request for the Court to Appointed Counsel
2. Motion For Default Judgement
3. Motion of Appeal
4. Plaintiff motion To have written Ruling on, All the Plaintiff Motions
5. Motion For Subpeon A Duces Team Witnesses List,
6. Notice of Summons and the Answer to the Summons. Note: The 80th District Court was Day to ~~~~~ Summons the Defendant
7. Plaintiff Motion of Specific objection To Judge Larry Weiman Inten to Dismiss for Want of Prosecution.
8. Plaintiff Request to be Trial by Jury within the Suit,
9. The Defendant Counsel Ruling By Layet on its Third Parties the Church and the Ruling on the Motion:
10. Copy of Defendant Counsel Motion For Discovery
11. Plaintiff Motion For Leave to File An Amended To his Motion For Default Judgement. To Add to it the Order

Noted: This was the Plaintiff Motion For Requesting Designation OF Items.

Sincerely
Meria James Bradley
Pro Se

Date February _____

Christopher A. Prine Clerk
First Court of Appeals

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB 27 2015

CHRISTOPHER A. PRINE

CLERK_____

Dear Clerk

Enclosed please find my Pro se Affidavit my motion to Proceed In Forma Pauperis. My Motion asking The Court to put me in The State Bar of Texas Pro Bono Program at the First Court of Appeals. My Motion Request of A Free Copy of the Trial Transcript and the Clerks Record. My motion Requesting Designation of Items. Please file these Motions and bring it to the Attention of the Court.

Please Date Stamp this Letter and return it to me at My address shown below.

I also request that you notify me of the Court's Ruling on my emotions at hand.

Sincerely

Meria James Bradley
Meria James Bradley #
#1837524 - 18 - R - 53
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

Date February 18    2015

Meria James Bradley
#1837524 18-R-53
Polunsky Unit
3872 FM 350 South
South Livingston, Tx 77351

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB 27 2015

CHRISTOPHER A. PRINE

7700220 6699

29 FEB 2015 PM 5

Christopher A. Prine, Clerk
First Court of Appeals
301 Fannin Street
Houston, Texas 77602-2066

FOREVER USA

21 USA

In The
Court OF Appeals
For The
First District OF Texas
At Houston

Appeal Cause Number 01-15-00065-CU

In The 80th District Court of Harris County, Texas

Trial Court Case Number: 2011-57020

Meria James Bradley     Plaintiff

W.

Robert F. Authur          Defentant

Motion Request For Court to Appointed Counsel
Under The State Bar of Texas Pro Bono Program
First Court of Appeals

To The Honorable Judge of Said Court:
Come Now the Plaintiff Meria James Bradley 1837524 and requests that the Court to Appoint Counsel to assist Him in resolving Pending Changes in the above Suit - Styled cause Pursuant to Texas Rule of Appellate Procedure Rule 20.1 States as follows: An indigent Plaintiff is entitled to the Court To Appointed Counsel under the six amendant of

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB 27 2015

CHRISTOPHER A. PRINE
CLERK

1

the United States Constitution to represent him in any Adversary Judicial Proceeding that may result in punishment Plaintiff's Declaration in Support of His Rights to Representation of Counsel.

1. Plaintiff's is unable to Afford Counsel. He has requested leave to proceed in Forma Pauperis.

2. Plaintiff's imprisonment will Greatly limit His Ability to litigate.

A. The issues involved in this Case are and will require Significant research and Investigation. Plaintiff has limited Access To the Law Library and limited Knowledge of Civil Law

3. Oral Argument will Likely involve Conflicting Testimony Form the Defendant on not Showing Up at the Trial. and Counsel would better enable Plaintiff to present evidence Because Plaintiff Can not Investigation the Fact Why the Defendant did not Come to Court after the Court Summons Robert F Authur to Come to Court. and Why the Court never made A Ruling on the Plaintiff Motion For Default Judgment.

4. Plaintiff has made repeated efforts to obtain A Lawyer

WhereFore Plaintiff's request that the Court to Appoint _____ member of the _____ Bar. as Counsel.

Date February 18-2015 _____

_Meria James Bradley_
Signature Print Name below

Meria James Bradley # 1837524

## Certificate of Service

I hereby certify that A True Copy of the above Motion Court to Appointed Counsel under The State Bar of Texas Pro Bono Program was served on The First Court of Appeals by Placing A Copy in the U.S. Mail addressed to 301 Fannin St, Houston, Texas 77002-2066 on this Feb on this 18 day of 2015.

_____
Maria, Junue Bradley
Plaintiff: Pro Se

## Order Setting Hearing

It is ordered that the Hearing on the Plaintiff Motion For Appoint of Counsel Hereby set for _____ am. pm on the _____ day of _____ in the Court room of the _____ District Court in _____ Texas.

Signed this the _____ day of _____

_____
Judge Presiding

3

Christopher A. Prive Clerk
First Court of Appeals


Dear Clerk, on month of Jan. 2015. I did file with the all the above Motions and Ask the District Clerk of the 80th District Court Chris Daniel to File All motion to your Court, The First Court of Appeals.

Noted! Here the Name of All the Motions and Request I Ask christ Daniel To File to your Court:

The following Motions and Request:
1. Request for the Court to Appointed Counsel
2. Motion For Default Judgement
3. Motion of Appeal
4. Plaintiff motion To have written Ruling on, All the Plaintiff Motions
5. Motion For Subpeon A Duces Tecum Witnesses List.
6. Notice of Summons and the Answer to the Summons, Note: The 80th District Court was Day to ▮▮▮▮ Summons the Defendant
7. Plaintiff Motion of Specific objection To Judge Larry Weiman Inten to Dismiss For Want of Prosecution.
8. Plaintiff Request to be Trial by Jury with in the Suit.
9. The Defendant Counsel Ruling By Layer on it's Third Parties the Church and the Ruling on the Motion:
10. Copy of Defendant Counsel Motion For Discovery
11. Plaintiff Motion For Leave to File An Amended To his Motion For Default Judgement. To Add to it the Order

Noted: This was the Plaintiff Motion For Requesting Designation Of Items.

Sincerely
Maria James Bradley
Pro se

Date February _____

Christopher A. Prine Clerk
First Court of Appeals

Dear Clerk

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB 27 2015

CHRISTOPHER A. PRINE

CLERK _____

Enclosed please find my Pro se Affidavit my motion to Proceed In Forma Pauperis. My Motion asking The Court to put me in The State Bar of Texas Pro Bono Program at the First Court of Appeals. My Motion Request Of A Free Copy of the Trial Transcript and the Clerks Record. My Motion Requesting Designation of Items. Please file these Motions and bring it to the Attention of the Court.

Please Date Stamp this Letter and return it to me at My address shown below.

I also request that you notify me of the Court's Ruling on my emotions at hand.

Sincerely

Meria James Bradley
Meria James Bradley #
#1837524 - 18 - R - 53
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

Date February 18        2015